JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS SANCHEZ, in his individual and representative capacity as trustee of the D J & V Y Sanchez Family Trust; VIRGINIA SANCHEZ, in her individual and representative capacity as trustee of the D J & V Y Sanchez Famly Trust; DENNIS J. SANCHEZ, M.D., a Professional Corp.; and Does 1-10 <br><br> Defendants. | Case: 2:16-CV-05134-CAS-JEM <br><br> **ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

*/s/ Christina A. Snyder*

Dated: September 8, 2016

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT

1

Notice for Dismissal        Case: 2:16-CV-05134-CAS-JEM